STEVE M. DEFILIPPIS
State Bar No. 117292
PICONE & DEFILIPPIS
625 N. First Street
San Jose, California 95112
(408) 292-0441

Attorneys for Petitioner,
ANDRE JOSEPH LAMOTHE

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE JOSEPH LAMOTHE, | CASE NO.  C 04-3395 CW |
| Petitioner & Appellant, | ***CERTIFICATE OF APPEALABILITY*** |
| -vs- | |
| NICHOLAS CADAMARTORI, Chief Probation Officer | |
| Respondent. | |
| On Habeas Corpus _____/ | |

Under authority of Title 28, United States Code §2253, the Court hereby certifies that there is probable cause for an appeal in this case.

Dated: 12/22/05

/s/ CLAUDIA WILKEN
_____
CLAUDIA WILKEN
United States District Judge